Brian M. Brown, Esq.,
Nevada Bar No. 5233
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran, Suite B
Reno, Nevada 89509
Tel: (775) 786-2882
bmb@thorndal.com
Attorney for Defendant
EAGLE HIGHLANDS PHASE I HOMEOWNERS ASSOCIATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS THROUGH TRUST 2006-HYBC, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-HYB3,<br><br>Plaintiff,<br><br>vs.<br><br>MARK BECK; MARK PAUL BECK, AS TRUSTEE OF THE MARK PAUL BECK LIVING TRUST; EAGLE HIGHLANDS PHASE I HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 3:17-cv-00557-LRH-WGC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (FIRST REQUEST)** |

COMES NOW, Plaintiff, THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS THROUGH TRUST 2006-HYBC, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-HYB3, by and through its counsel Akerman LLP, and Defendant EAGLE HIGHLANDS PHASE I HOMEOWNERS ASSOCIATION, by and through its counsel Thorndal Armstrong Delk Balkenbush & Eisinger, hereby stipulate that Defendant EAGLE HIGHLANDS PHASE I HOMEOWNERS ASSOCIATION may have up to and including December 12, 2017 in which to file its response to the Complaint.  The requested

extension of time is made in good faith and is necessary based upon Defendant's counsel's recent retention and the volume of documents to be reviewed prior to responding to the Complaint.

Dated this 28th day of November, 2017.

AKERMAN LLP

By: /s/
DARREN T. BRENNER, ESQ.
NATALIE L. WINSLOW, ESQ.
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Attorneys for Plaintiff

Dated this 28th day of November, 2017.

THORNDAL ARMSTRONG DELK
BALKENBUSH & EISINGER

By: /s/
BRIAN M. BROWN, ESQ.
State Bar No. 5233
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
Attorney for Defendant
EAGLE HIGHLANDS PHASE I
HOMEOWNERS ASSOCIATION

///

///

///

///

///

extension of time is made in good faith and is necessary based upon Defendant's counsel's recent retention and the volume of documents to be reviewed prior to responding to the Complaint.

Dated this 28th day of November, 2017.

AKERMAN LLP

By: _____
    DARREN T. BRENNER, ESQ.
    NATALIE L. WINSLOW, ESQ.
    1160 Town Center Drive, Suite 330
    Las Vegas, NV 89144
    Attorneys for Plaintiff

Dated this 28th day of November, 2017.

THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER

By:   /s/ Brian Brown
    BRIAN M. BROWN, ESQ.
    State Bar No. 5233
    6590 S. McCarran Blvd., Suite B
    Reno, Nevada 89509
    Attorney for Defendant
    EAGLE HIGHLANDS PHASE I
    HOMEOWNERS ASSOCIATION

IT IS SO ORDERED.

DATED this 29th day of November, 2017.

_____
UNITED STATES MAGISTRATE JUDGE