| | |
|---|---|
| 1 | Brian M. Brown, Esq., |
| | Nevada Bar No. 5233 |
| 2 | Thorndal Armstrong Delk Balkenbush & Eisinger |
| | 6590 S. McCarran, Suite B |
| 3 | Reno, Nevada 89509 |
| | Tel: (775) 786-2882 |
| 4 | bmb@thorndal.com |
| | Attorney for Defendant |
| 5 | EAGLE HIGHLANDS PHASE I HOMEOWNERS ASSOCIATION |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS THROUGH TRUST 2006-HYBC, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-HYB3, | ) ) ) ) ) ) ) | Case No. 3:17-cv-00557-LRH-WGC |
| Plaintiff, | ) ) | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (SECOND REQUEST)** |
| vs. | ) ) | |
| MARK BECK; MARK PAUL BECK, AS TRUSTEE OF THE MARK PAUL BECK LIVING TRUST; EAGLE HIGHLANDS PHASE I HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

COMES NOW, Plaintiff, THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS THROUGH TRUST 2006-HYBC, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-HYB3, by and through its counsel Akerman LLP, and Defendant EAGLE HIGHLANDS PHASE I HOMEOWNERS ASSOCIATION, by and through its counsel Thorndal Armstrong Delk Balkenbush & Eisinger, hereby stipulate that Defendant EAGLE HIGHLANDS PHASE I HOMEOWNERS ASSOCIATION may have up to and including December 20, 2017 in which to file its response to the Complaint. The requested

- 1 -

extension of time is made in good faith and is necessary based upon Defendant's counsel's recent retention and the volume of documents to be reviewed prior to responding to the Complaint.

Dated this 12th day of December, 2017.

AKERMAN LLP

By: /s/ Natalie Winslow
    DARREN T. BRENNER, ESQ.
    NATALIE L. WINSLOW, ESQ.
    1160 Town Center Drive, Suite 330
    Las Vegas, NV 89144
    Attorneys for Plaintiff

Dated this 12th day of December, 2017.

THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER

By: /s/ Brian Brown
    BRIAN M. BROWN, ESQ.
    State Bar No. 5233
    6590 S. McCarran Blvd., Suite B
    Reno, Nevada 89509
    Attorney for Defendant
    EAGLE HIGHLANDS PHASE I
    HOMEOWNERS ASSOCIATION

IT IS SO ORDERED.

DATED this 13th day of December, 2017.

_____
UNITED STATES MAGISTRATE JUDGE