DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWMBS, Inc., CHL Mortgage Pass-Through Trust 2006-HYBC, Mortgage Pass Through Certificates, Series 2006-HYB3*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2006-HYBC, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-HYB3<br><br>Plaintiff,<br><br>vs.<br><br>MARK BECK; MARK PAUL BECK, AS TRUSTEE OF THE MARK PAUL BECK LIVING TRUST; EAGLE HIGHLANDS PHASE I HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 3:17-cv-00557-LRH-WGC<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY**<br><br>**(FIRST REQUEST)** |

Plaintiff, The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWMBS, Inc., CHL Mortgage Pass-Through Trust 2006-HYBC, Mortgage Pass Through Certificates, Series 2006-HYB3 (**BoNYM**), and Eagle Highlands Phase I Homeowners Association (**Eagle Highlands**), hereby stipulate and agree to stay all discovery

1

44992455;1
45193936;1

pending finalization of a settlement agreement between the parties. The parties have reached a settlement, but due to a specific term contained within the agreement between the parties, will not be able to finalize settlement until August 31, 2018. For this reason, the parties request to stay discovery until September 28, 2018. This is the parties' first request for a stay of discovery, and is not intended to cause any delay or prejudice to any party.

DATED May 11, 2018.

| **AKERMAN LLP** | **THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER** |
|---|---|
| /s/ Natalie L. Winslow<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWMBS, Inc., CHL Mortgage Pass-Through Trust 2006-HYBC, Mortgage Pass Through Certificates, Series 2006-HYB3* | /s/ Brian M. Brown<br>BRIAN M. BROWN, ESQ.<br>Nevada Bar No. 5233<br>6590 S. McCarran Boulevard, Suite B<br>Reno, NV 89509<br><br>*Attorneys for Eagle Highlands Phase I Homeowners Association* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: May 14, 2018

2

44992455;1
45193936;1