**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2006-HYBC, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-HYB3<br><br>Plaintiff,<br><br>vs.<br><br>MARK BECK; MARK PAUL BECK, AS TRUSTEE OF THE MARK PAUL BECK LIVING TRUST; EAGLE HIGHLANDS PHASE I HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 3:17-cv-00557-LRH-WGC<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

PLEASE TAKE NOTE that The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWMBS, Inc., CHL Mortgage Pass-Through Trust 2006-HYBC, Mortgage Pass Through Certificates, Series 2006-HYB3 (**BoNYM**), and Eagle Highlands Phase I Homeowners Association (**Eagle Highlands**), by and through their respective counsel of record, hereby stipulate and agree to dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Each party to bear its own costs and fees.

**IT IS SO STIPULATED.**

DATED this 9th day of November, 2018.

| **AKERMAN LLP** | **THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER** |
|---|---|
| /s/Natalie L. Winslow<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWMBS, Inc., CHL Mortgage Pass-Through Trust 2006-HYBC, Mortgage Pass Through Certificates, Series 2006-HYB3* | /s/Brian M. Brown<br>BRIAN M. BROWN, ESQ.<br>Nevada Bar No. 5233<br>6590 S. McCarran Boulevard, Suite B<br>Reno, NV 89509<br><br>*Attorneys for Eagle Highlands Phase I Homeowners Association* |

## **ORDER**

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED, ADJUDGED AND DECREED that the above-entitled action be dismissed with prejudice, each party to bear its own costs and fees.

DATED this 14th day of November, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE